UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.P. MORGAN MORTGAGE ACQUISITION CORP.,<br><br>      PLAINTIFF,<br><br>V.<br><br>BISHOP RUBEN DEWAYNE, and LEITTA BROOKS,<br><br>      DEFENDANTS. | Civil Action No. _____ |

**PLAINTIFF J.P. MORGAN MORTGAGE ACQUISITION CORP.'S CERTIFICATION OF RELATED CASES PURSUANT TO LOCAL RULE 40.1(G)(5)(B)**

Pursuant to Local Rule 40.1(g)(5), through its undersigned counsel, Plaintiff J.P. Morgan Mortgage Acquisition Corp. ("JPMMAC") certifies that it believes the below-identified civil cases are "Related Civil Cases" within the meaning of L.R. 40.1(g)(5):

- *DeWayne v. J.P. Morgan Mortgage Acquisition Corp.*, 1:22-cv-11121-NMG

- *Brooks v. J.P. Morgan Mortgage Acquisition Corp.*, 1:22-cv-11943-DJC.

JPMMAC believes these two matters are "Related Civil Cases" because each involved challenges to the validity, and JPMMAC's status as holder of, a mortgage granted by Defendant Leitta Brooks on property located at 53 Charlotte Street, Dorchester, MA 02121 (the "Property"). Accordingly, the two actions identified above are Related Civil Cases because they concern(ed) the same Property that is the subject of this Verified Complaint to Foreclose Pursuant to M.G.L. c. 244, § 1. *See* LR 40.1(g)(1)(B)(ii) (providing that civil cases are related if they "arise out of the same occurrence, transaction, or property").

2

Dated:  June 21, 2023        Respectfully submitted,

PLAINTIFF,

J.P. MORGAN MORTGAGE ACQUISITION CORP.

By its attorney,

  /s/ Michael E. Jusczyk
Michael E. Jusczyk (BBO # 669893)
Michael.jusczyk@gtlaw.com
GREENBERG TRAURIG, LLP
One International Place Suite 2000
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001