UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| J.P. MORGAN MORTGAGE ACQUISITION CORP.,<br><br>                PLAINTIFF,<br><br>V.<br><br>BISHOP RUBEN DEWAYNE, and LEITTA BROOKS,<br><br>                DEFENDANTS. | Civil Action No. _____ |

**CORPORATE DISCLOSURE AND CITIZENSHIP STATEMENT BY <u>PLAINTIFF J.P. MORGAN MORTGAGE ACQUISITION CORP.</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff J.P. Morgan Mortgage Acquisition Corp., by its undersigned counsel, states as follows:

Plaintiff J.P. Morgan Mortgage Acquisition Corp. is a wholly-owned subsidiary of JPMorgan Chase Bank, N.A. JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation.  JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.  However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

Defendant J.P. Morgan Mortgage Acquisition Corp. is incorporated in Delaware and its headquarters are located in New York and, therefore, it is a citizen of both Delaware and New York.

2

Dated:  June 21, 2023          Respectfully submitted,

PLAINTIFF,

J.P. MORGAN MORTGAGE ACQUISITION CORP.

By its attorney,

  */s/ Michael E. Jusczyk*
Michael E. Jusczyk (BBO # 669893)
Michael.jusczyk@gtlaw.com
GREENBERG TRAURIG, LLP
One International Place Suite 2000
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001

2